**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELVIN JOSEPH SIMMONS, ) | NO. CV 19-7247-TJH(E) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| MARION E. SPEARMAN, Warden, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |
| _____) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 5, 2019.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE